# EXHIBIT C



# Orange County Clerk - Court Records Search

## 2023-CA-001757-O : VIERA, DARLA vs. TURNING POINT USA

| | | | |
|---|---|---|---|
| Case Type: | CA - Business Transactions | Date Filed: | 3/1/2023 |
| Location: | Div 36 | UCN: | 482023CA001757A001OX |
| Judge: | A James Craner | Status: | Pending |
| Citation Number: | CA - Business Transactions | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| DARLA VIERA | Plaintiff | ARUN RAVINDRAN | 305-203-4573 |
| TURNING POINT USA CHARLIE KIRK DBA | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 3/15/2023 | Affidavit of Service | 1 |
| | Comments: TURNING POI8NT USA | |
| 3/2/2023 | Summons Issued Electronically as to | 3 |
| | Comments: EM ATTY | |
| 3/1/2023 | Streamlined Standing Case Management Plan/Order | 24 |
| 3/1/2023 | Complaint | 14 |
| 3/1/2023 | Civil Cover Sheet | 3 |
| 3/1/2023 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 3/1/2023 | Transaction Assessment | | 410.00 |
| 3/1/2023 | Payment | RAVINDRAN, ARUN GOPAL | -410.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

### Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|