UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARLA VIERA,
    Plaintiff,

v.   Case No: 6:23-cv-635-JSS-EJK

TURNING POINT USA,
    Defendant.
_____/

## ORDER

    The court has been notified in the Joint Notice of Resolution (Dkt. 48) that the parties reached an agreement to settlement this matter.  Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

    **ORDERED** in Orlando, Florida, on April 30, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record